IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GEOVERA SPECIALTY INSURANCE COMPANY,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) **CIVIL ACTION NO. 14-376-KD-B** ) |
| **RICHARD G. BONDS; ZEYNEP BONDS; and MARCIA SHEDECK, as Administrator ad litem of the Estate of LEE ANTHONY THORNTON,** | ) ) ) ) ) |
| **Defendants** | ) |

## JUDGMENT

Pursuant to the Order entered this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that pursuant to Fed.R.Civ.P. 56, **SUMMARY JUDGMENT** is rendered in favor of Plaintiff GeoVera Specialty Insurance Company and against Defendants.

Accordingly, **DECLARATORY JUDGMENT** is entered in favor of Plaintiff as follows:

a. That Richard and Zeynep Bonds are not entitled to indemnification by GeoVera Specialty Insurance Company against any claim, judgment, award, verdict or settlement in the claim asserted by Marcia Shedeck as Administrator ad litem of the Estate of Lee Anthony Thornton.

b. That GeoVera Specialty Insurance Company owes no duty to defend Richard and Zeynep Bonds for the claims alleged in the matter of *Marcia Shedeck, as Administrator ad litem of the Estate of Lee Anthony Thornton v. Richard G. Bonds and Zeynep Bonds* filed in the Circuit Court of Baldwin County, Alabama (05-CV-2014-900808.00).

**DONE** and **ORDERED** this **11th** day of **June 2015**.

                                                   s / Kristi K. DuBose
                                                 **KRISTI K. DuBOSE**
                                                 **UNITED STATES DISTRICT JUDGE**